# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL PUSZYK, | ) |
| Plaintiff, | ) |
| v. | ) Case No: 16 C 2644 |
| DELTA AIR LINES, INC. a corporation, | ) |
| Defendant. | ) |

## MEMORANDUM ORDER

Defendant Delta Airlines, Inc. ("Delta") has noticed up for presentment on June 29 its motion for alternative relief: (1) dismissal of the Complaint brought against it by Michael Puszyk ("Puszyk") under forum non conveniens principles or (2) transfer of the situs of this action from this judicial district. This Court has reviewed Puszyk's Complaint in light of Delta's motion, and it is crystal clear that Complaint ¶ 5 as drafted by Puszyk's counsel is simply untrue:

> Venue is proper in this District under 28 U.S.C. § 1391.

This memorandum order is issued as a heads-up to Puszyk's counsel to be prepared for a ruling by this Court at the time of presentment. Because there is certainly no reason to keep this action here, Puszyk's counsel must be prepared to respond to both of Delta's alternative arguments.

_____
Milton I. Shadur
Senior United States District Judge

Date: June 27, 2016