**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **MICHAEL PUSZYK**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No: 16 C 2644 |
| | ) |
| **DELTA AIR LINES, INC.**, a corporation, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM ORDER

This Court's extremely brief June 27 memorandum order alerted both sides to the

incorrectness of the allegation by Michael Puszyk ("Puszyk") that sought to place venue in this

judicial district, thus anticipating the scheduled June 29 presentment of the alternative motion by

Delta Air Lines, Inc. ("Delta") (1) to dismiss on forum non conveniens principles or (2) to

transfer this action to the United States District for the Eastern District of New York.  Puszyk's

counsel has just responded by acknowledging the venue problem and consenting to transfer this

action as Delta has sought.  To spare both counsel the need to come to court tomorrow:

1.  this action is ordered to be transferred forthwith to the United States

    District Court for the Eastern District of New York; and

2.  Delta's alternative forum-non-conveniens motion is denied as moot (but no

    view is expressed by this Court as to the position that the transferee court

    may take if that same issue were to be presented to it).

_____

Milton I. Shadur
Senior United States District Judge

Date:  June 28, 2016